**Fw: Transferred case has been opened**
FLNDdb_efile InterDistrictTransfer   to: David L Thomas                                08/21/2012 08:47 AM
Sent by: Kimberly Westphal

----- Forwarded by Kimberly Westphal/FLND/11/USCOURTS on 08/21/2012 08:47 AM -----



utd_enotice@utd.uscourts.gov

08/20/2012 04:51 PM

To  InterdistrictTransfer_FLND@flnd.uscourts.gov

cc

Subject  Transferred case has been opened

```
CASE: 4:11-cv-00197

DETAILS: Case transferred from Florida Northern
has been opened in District of Utah
as case 2:12-cv-00811, filed 08/20/2012.
```